UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

Ernest Diaz,

            Defendants.

-------------------------------------------------

**ORDER**

CR-99-408(FB)

      On June 7, 2005 the Court held a status conference, in open court, on the record with all counsel and the probation department present. The defendant failed to appear. The probation department reported to the Court that the defendant is in compliance with his conditions of supervised release since the last court appearance of March 24, 2005. Accordingly upon listening to the parties and for the reasons stated on the record it is

      HEREBY ORDERED that the violation of supervised release dated January 11, 2005 is dismissed with leave to re-instate a violation should the defendant violate any of his conditions of supervised release.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        June 7, 2005

cc.: AUSA Cameron Elliot
    Peter Kirchheimer, Esq.
    USPO Marline Aurelus